

UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA
Miami Division

Case Number: 09-60897-CIV-MORENO

LINDA V. WHITE,

    Plaintiff,

vs.

J.C. PENNEY CORPORATION, INC., a foreign corporation, "and John Doe, individually,"

    Defendant.

_____/

## ORDER GRANTING MOTION TO DISMISS

THIS CAUSE came before the Court upon Defendant's Motion to Dismiss **(D.E. No. 4)**, filed on **June 26, 2009**.

THE COURT has considered the motion and the pertinent portions of the record, and being otherwise fully advised in the premises, it is

**ADJUDGED** that the motion is GRANTED and the complaint is dismissed without prejudice. The Court notes that Plaintiff failed to respond to the motion to dismiss and the time for doing so has now passed. *See* S.D. Fla. L.R. 7.1(C) ("Each party opposing a motion shall serve an opposing memorandum of law no later than ten days after service of the motion as computed in the Federal Rules of Civil Procedure. Failure to do so may be deemed sufficient cause for granting the motion by default."). It is also

**ADJUGED** that this case is CLOSED and all pending motions are DENIED as moot.

DONE AND ORDERED in Chambers at Miami, Florida, this 21st day of July, 2009.

_____
FEDERICO A. MORENO
UNITED STATES DISTRICT JUDGE

Copies provided to:

Counsel of Record